IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02097-EWN-PAC

JESSE E. REYNOLDS,

    Plaintiff,

v.

DONALD H. RUMSFELD, Secretary, Department of Defense, and
DECA (Defense Commissary Agency),

    Defendants.

---

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

Plaintiff, *pro se*, alleges that he was discriminated against in connection with his employment with the Buckley Air Force Base Commissary because of his race, color, gender, and age, in violation of Title VII. A November 18, 2005 Order of Reference referred this action to former United States Magistrate Judge Patricia A. Coan to conduct pretrial proceedings and to issue recommendations for rulings on dispositive motions. I assumed Magistrate Judge Coan's caseload temporarily upon her retirement.

Defendant filed a Motion for Summary Judgment on October 20, 2006. (Doc. #30) The court ordered plaintiff to file his response on or before November 27, 2006. Plaintiff did not file a response or move for an extension of time. On April 3, 2007, I ordered plaintiff to show cause, in writing, why this action should not be dismissed, without prejudice, for his failure to prosecute. (Doc. #33) Plaintiff responded that he was unaware that he could ask for an extension of time to respond, and that he was trying to retain counsel to assist him in this matter. I thereafter discharged the Order to Show Cause and

granted plaintiff and additional forty-five (45) days to respond to defendant's summary judgment motion. (Doc. #35)

The court's May 1, 2007 Minute Order (Doc. #35) was returned to the court. The envelope was stamped by the United States Post Office "Return to Sender - Box Closed - Unable to Forward." (Doc. #36, filed May 29, 2007) Mr. Reynolds has not filed a change of address with this court in the four weeks since his mail was returned. Under D.C.COLO.L.CivR 10.1M, a *pro se* party is required to notify the court within ten (10) days after any change of address and to file the new address with the court.

Plaintiff has failed to comply with the court's deadline for responding to the Defendant's Motion for Summary Judgment and with the Local Rules of Practice for this Court. Accordingly, pursuant to D.C.COLO.L.Civ.R 41.1, it is

**RECOMMENDED** that this action be **DISMISSED without prejudice**.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation**

**may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated June 26, 2007.

                                                BY THE COURT:

                                                s/ O. Edward Schlatter
                                                O. EDWARD SCHLATTER
                                                United States Magistrate Judge