IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–02097–EWN–OES

JESSE E. REYNOLDS,

    Plaintiff,

v.

DONALD H. RUMSFELD, Secretary, Department of Defense, and,
DECA (Defense Commissary Agency),

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 26, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. This action is DISMISSED without prejudice for Plaintiff's failure to comply with the court's deadline for responding to Defendants' motion for summary judgment and with the local rules of practice for this court.

3.  All other pending motions are DENIED as moot.

DATED this 1st day of August, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge